**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-60386

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MELVIN HARRIS, also known as Melvin
Robinson; LARRY WASHINGTON, also
known as "Pretty Larry,"

Defendants-Appellants.

**(consolidated with)**

No. 96-60734

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY WASHINGTON,

Defendant-Appellant.

**(consolidated with)**

No. 96-60736

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

                            versus

MELVIN HARRIS, also known as
Melvin Robinson,

                                                    Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Mississippi

(4:95-CR-133)

_____

September 8, 1997

Before POLITZ, Chief Judge, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

In these consolidated cases Melvin Harris and Larry Washington appeal their convictions after jury trial of conspiracy to distribute cocaine base and of the substantive offense. They urge several bases for their appeals, including a claim of insufficient evidence. Our review of the pertinent parts of the record in light of the briefs and oral arguments of counsel reflects neither reversible error nor other basis for reversal of the convictions of either defendant-appellant. Accordingly the

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2

convictions and sentences are AFFIRMED.